Stephanie Christian
Name
PO Box 90945
Henderson, NV 89009

Prison Number

_FILED   _RECEIVED
_ENTERED _SERVED ON
    COUNSEL/PARTIES OF RECORD

2004 MAR 31  P 4: ☒ FILED
                    ENTERED
_____ DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

_RECEIVED
_SERVED ON
COUNSEL/PARTIES OF RECORD

APR 20 2004

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Dylan Christian,
                    Plaintiff,

vs.

CLARK County School District,
Gordon McCaw Elementary School

_____,

_____,

_____,
                    Defendant(s).

)
)
)
)
)
)
)
)
)

CV-S-04-0390-JCM-RJJ

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

### A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, DYLAN CHRISTIAN
                                                    (Print Plaintiff's name)

who presently resides at 284 MAJOR AVE, Henderson NV 87015, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Gordon McCaw Elementary School on the following dates
              (institution/city where violation occurred)

Sept. 5, 2004 (ongoing)_____, and _____.
(Count I)              (Count II)              (Count III)

**3**

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _Clark County School District_ resides at _2832 E Flamingo Rd, Las Vegas NV 89121_
   (full name of first defendant)            (address if first defendant)
   and is employed as _State Agency / Public Entity_. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

3) Defendant _Gordon McChwek, School_ resides at _57 Lynn Lane Henderson, NV 89105_
   (full name of first defendant)            (address if first defendant)
   and is employed as _State Agency / Public entity_. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

4) Defendant _____ resides at _____,
   (full name of first defendant)            (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

5) Defendant _____ resides at _____,
   (full name of first defendant)            (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

6) Defendant _____ resides at _____,
                (full name of first defendant)                  (address if first defendant)
and is employed as _____. This defendant is sued in his/her
                        (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish
to assert jurisdiction under different or additional statutes, list them below.

_____
_____

- - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

Plaintiff was Refused 'Related service?,
Rectal 'DiASTAT' (a gel form of VALIUM). Defendants
Refused to provide a school nurse or a qualified
person on school campus (GorDon McCaw Elementary
School) to adminstar (this Rather simple procedure)
IN the event of a prolonged seizure (over 5 minutes)
Rectal DIASTAT can stop brain Damage and/or
save a life, and is necessary for Dylan to attend
school on a daily basis. Defendants not only
Refused to provide this service at Gordon McCaw
School, but Refused to allow parent or grandparent
to adminstar this potential life saving medication.
(By serving TRESPASS NRS 207.200 on Both FAMILY members

## C. CAUSE OF ACTION

3

**COUNT I** (DISCRIMINATING against him)
because of his Disability

The following civil rights has been violated: FAILURE to Provide (IMMEDIATE)
Rectal DIASTAT (VALium)/a nurse, or qualified person
TO ADMINISTAR MEDICATION, IN the EVENT OF A prolonged
SEIZURE (LASTING 5 minutes)REFUSAL to ALLOW ANY ONE
TO PROVIDE THIS SERVICE, OTHER THAN — 911 (AT SCHOOL)

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

THE School (GORDON McCaw Ele. School) + 'CCSD' CLARK
County school Dist. have + continue to violate DYLAN. C.'S
Rights by Refusing to provide a nurse, or qualified
person on CAMPUS to Administar Rectal Diastat
in the event of a prolong SEIZURE (5 min)
They have also Refused to allow his parent
on grandparent to provide this - leaving him
in harms way, loss of educational opportunity.
Child endangerment, emotional harm, and in
Retaliation for Filing a Formal complaint they
served a notice of Trespass/ NRS. 207.200 on Both
mother and grandmother while trying to protect and
provide and prevent an emergency situation from
happening. Rectal DIASTAT is A MEDICATION that
is (Simply) ADMINISTARED BY 'SYRINGE' and when
given immediately can STOP BRAIN DAMAGE
AND/OR SAVE A LIFE. THIS IS A RelATED SERVICE
THAT DYLAN REQUIRES IN ORDER to ATTEND
SCHOOL.

4

## COUNT II

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

## COUNT III

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ☒ Yes ____ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)   Defendants: _CCSD   Clark County School District_

b)   Name of court and docket number: _____

c)   Disposition (for example, was the case dismissed, appealed or is it still pending?):
     _Pending_

d)   Issues raised: _Deliberate Indifference (among others)_
     _Discrimination, For Failure to Provide nurse_
     _qualified person or allow 'any' person to administer_
     _immediate medication rectal diastat_

e)   Approximate date it was filed: _3-31-04_

f)   Approximate date of disposition: _____

2)   Have you filed an action in federal court that was **dismissed because it was determined to
     be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
     ___ Yes  _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than
     three actions dismissed based on the above reasons, describe the others on an additional page
     following the below outline.)

     Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous
     ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
     _____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

     Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _Sept 16,2003 Filed_.
_Due Process; Dec 11, Filed Appeal to (SRO)_
_State Review Officer - NY Dept of Education._

Response to grievance: _____
_It is our belief that the (SRO) made_
_his Review in error, as well as the hearing officer_

8

--------------------

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Injunctive — Require School District to
Provide Related Service to Student, immediately
without Segregation, to follow laws of Inclusion
Monetary — Compensatory + punitive
For Violating Dylan's Basic Civil Rights
To life, liberty, + the pursuit of Happiness.
Safety + the Pursuit of Happiness, we pray —
in excess of $10,000

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Stephanie Christian

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Dylan Christian, by and
through his parent and
next friend Stephanie Christian
(Signature of Plaintiff)

March 31, 2004
(Date)

-----------------------------

(Additional space if needed; identify what is being continued)

9